NAOMI CHUNG (CSBN 283743)
Hickey & Chung, LLP
Pier 9, Suite 100
San Francisco, CA 94111
Telephone: (415) 942-9000
Fax: (415) 484-7054
chung@defender.law

Attorney for Defendant
SERGIO HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>SERGIO HERNANDEZ<br>Defendant. | No. 24-CR-00226-BLF-3<br>**STIPULATION AND [~~PROPOSED~~] ORDER TO MODIFY RELEASE CONDITIONS** |

IT IS HEREBY STIPULATED AND AGREED between Defendant Sergio Hernandez, through his attorney, Naomi Chung, and the United States, through its attorney, George Hageman, that the conditions of Defendant Mr. Hernandez's pretrial release be modified to permit him to travel by car from the Northern District of California to the Central District of California to attend a Los Angeles Dodgers baseball game with his family on September 19, 2026.

Mr. Hernandez will travel with his family by car from the Northern District of California to the Central District of California on the morning of September 19, 2026, attend the baseball game that evening, and return by car to the Northern District of California on September 20, 2026.

Mr. Hernandez has provided U.S. Pretrial Services with the anticipated dates of travel and will provide U.S. Pretrial Services with his accommodation information prior to the trip. Upon

returning to the Northern District of California, Mr. Hernandez will promptly notify U.S. Pretrial Services of his return.

U.S. Pretrial Services has no objection to the requested modification. All other conditions of pretrial release are to remain the same.

**IT IS SO STIPULATED.**

Dated: 9/8/2026

/s/
NAOMI CHUNG
Attorney for Sergio Hernandez

Dated: 9/8/2026

/s/
GEORGE HAGEMAN
Assistant United States Attorney

**IT IS SO ORDERED.**

Dated: September 8, 2026

Virginia K. DeMarchi
~~HON. NATHANAEL COUSINS~~
United States Magistrate Judge
VIRGINIA K. DEMARCHI