NAOMI CHUNG (CSBN 283743)
Hickey & Chung, LLP
Pier 9, Suite 100
San Francisco, CA 94111
Telephone: (415) 942-9000
Fax: (415) 484-7054
chung@defender.law

Attorney for Defendant
SERGIO HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SERGIO HERNANDEZ<br><br>Defendant. | No. 24-CR-00226-BLF-3<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO MODIFY RELEASE CONDITIONS** |

IT IS HEREBY STIPULATED AND AGREED between Defendant Sergio Hernandez, through his attorney, Naomi Chung, and the United States, through its attorney, Jared Buszin, that the conditions of Defendant Mr. Hernandez's pretrial release be modified to permit him to travel by car from the Northern District of California to the District of Arizona for employment purposes.

On the morning of December 1, 2026 Mr. Hernandez will travel by car from the Northern District of California to the District of Arizona where he will be working and residing from December 1, 2026, through April 1, 2027. During this period, Mr. Hernandez requests permission to travel by car from the District of Arizona to the Northern District of California for the following dates:

1. On the morning of December 23, 2026, Mr. Hernandez will travel to the Northern District of California to visit family for the holidays and will return to the District of Arizona on December 28, 2026 to resume work.
2. On February 12, 2027, Mr. Hernandez will travel to Northern District of California to visit family and will return to the District of Arizona on February 15, 2027 to resume work
3. On March 19, 2027, Mr. Hernandez will travel to Northern District of California to visit family and return to the District of Arizona to resume work.

Mr. Hernandez has provided U.S. Pretrial Services with the anticipated dates of travel and will provide U.S. Pretrial Services with his accommodation information prior to each date of travel. Upon returning to the Northern District of California, Mr. Hernandez will promptly notify U.S. Pretrial Services of his return. Mr. Hernandez may not travel between the District of Arizona and the Northern District of California outside the parameters described above.

U.S. Pretrial Services has no objection to the requested modification. All other conditions of pretrial release are to remain the same.

**IT IS SO STIPULATED.**

Dated: 11/13/2026

/s/
NAOMI CHUNG
Attorney for Sergio Hernandez

Dated: 11/13/2026

/s/
JARED BUSZIN
Assistant United States Attorney

**IT IS SO ORDERED.**

Dated: November 13, 2026

Virginia K. DeMarchi
~~HON. NATHANAEL COUSINS~~
United States Magistrate Judge
VIRGINIA K. DEMARCHI